U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 2 9 2015

TONY R. MOORE, CLERK
BY _____
     DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MURPHY AMOS | CIVIL ACTION NO. 6:15-cv-0545 |
| LA. DOC # 587823 | |
| VS. | SECTION P |
| | JUDGE RICHARD T. HAIK, SR. |
| WARDEN TIM KEITH | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** as time barred by the provisions of 28 U.S.C. §2244(d).

THUS DONE AND SIGNED, in chambers, Lafayette, Louisiana, on this 29 day of December, 2015.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE